## ROCK WILLIAMS *v.* COMMISSIONER OF CORRECTION

The petitioner Rock Williams' petition for certification for appeal from the Appellate Court, 113 Conn. App. 637 (AC 28983), is denied.

*Rosemarie T. Weber*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided May 21, 2009

## JOHN SEQUENZIA ET AL. *v.* GUERRIERI MASONRY, INC., ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 113 Conn. App. 448 (AC 29308), is granted, limited to the following issue:

"Did the Appellate Court properly determine that instructional error required a new trial?"

The Supreme Court docket number is SC 18364.

*Kenneth J. Bartschi* and *Brendon P. Levesque*, in support of the petition.

*William J. Melley III*, in opposition.

Decided May 21, 2009